The **PEOPLE** of the State of Colorado, Petitioner,

v.

Abraham Robert **TELLEZ**, Respondent.

No. 95SC36.

Supreme Court of Colorado.

Jan. 24, 1996.

### ORDER OF COURT

Upon consideration of the Record on Appeal, together with the Written and Oral Arguments of Counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari heretofore granted be, and is, DENIED as having been improvidently granted.